# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERIC JUAN FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. CIV- 08-91-R |
| | ) |
| PRISON MEDICAL | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered January 30, 2008 [Doc. No. 6]. No Objection to the Report and Recommendation has been filed nor has Plaintiff sought or been granted an extension of time in which to object. Nor has Plaintiff paid the $350.00 filing fee. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 6] is ADOPTED in its entirety and this case is DISMISSED without prejudice to refiling due to Plaintiff's failure to pay the filing fee.

ENTERED this 27th day of February , 2008.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE